IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DENNIS A. TATE,<br><br>                    Plaintiff<br>      VS.<br><br>HILTON HALL, *et al.*,<br><br>                    Defendants | NO. 5:06-CV-339 (WDO)<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## O R D E R

Before the court is plaintiff DENNIS A. TATE's MOTION FOR ORDER OF DEPOSITIONS in which he requests that the court direct the defendants to give depositions for the plaintiff's benefit. Tab #27. The defendants have responded to the plaintiff's motion. Tab #39.

In their response, the defendants state that they will give depositions, provided that the appropriate rules of procedure are followed, which includes a provision that "the party taking the deposition shall bear the cost of the recording." Fed.R.Civ.P. 30(b)(2).

In light of the defendants' response, the plaintiff's MOTION (Tab #27) is DENIED. The plaintiff is advised that if he does not wish to pay for depositions, there are other avenues through which a party may obtain discovery including interrogatories (*see* Fed.R.Civ.P. 33) , requests for production of documents (see Fed.R.Civ.P. 34), and requests for admission (*see* Fed.R.Civ.P. 36).

SO ORDERED this 16th day of FEBRUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE